# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BRIAN G., *Plaintiff* v. COMMISSIONER OF SOCIAL SECURITY, *Defendant* | Civil Action No. 2:21-CV-0292-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 10) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 13) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on cross-motions for Summary Judgment (ECF Nos. 10 and 13).

Date:  June 9, 2022

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry